**STROTHER LAW FIRM**
JUSTIN

STROTHER
PARTNER
3000 WESLAYAN ST., SUITE 348
HOUSTON, TEXAS 77027
DIRECT 713 545 4937

JSTROTHER@STROTHERLAWFIRM.COM

7 August 2017

Honorable Nancy F. Atlas
United States Courthouse
515 Rusk, Room 9015
Houston, Texas 77002

RE:   Civil Action No. 4:16-cv-1841; *Nyok Lee a/k/k Steve Lee vs. WWW.Urban, Inc., d/b/a Urban Living*; in the United States District Court for the Southern District of Texas Houston Division

To the Honorable Judge Nancy F. Atlas:

I write to seek the court's assistance in resolving two matters.

**MISSING DOCUMENTS**
On February 14, 2017, the Court ordered Plaintiffs to produce various items to Defendant by March 8, including day planners, tax return schedules showing mileage and gas expenses, and emails with Defendant. During Plaintiffs' subsequent depositions, some testified that they possessed responsive documents and had not produced them. In one case, the plaintiff stated that he had not even looked yet.

> **Tim Brown**
> Mr. Brown testified that he deducted mileage on his tax returns, but he did not produce he deduction schedules. He testified that he might have his day planner, but he had not looked for it yet.
>
> **Sunil Lalani**
> Mr. Lalani testified that he deducted mileage on his tax returns, but he did not produce he deduction schedules.
>
> **Carlos Saavedra**
> Mr. Saavedra testified that he deducted mileage and gas on his tax returns, but he did not produce he deduction schedules. He also testified that he had a day planner, type notes, and emails with Defendant that he has not produced yet.

**MISSING REIMBURSEMENT**
On June 20, 2017, the Court ordered Plaintiff Shea Phillips to reimburse Defendant $900.00 for her failure to show up to her deposition twice. She was ordered to pay by July 7, 2017. She has entirely ignored the court's order.

Defendant appreciates the Court's time and attention to this matter.

Yours truly,

Justin Strother

cc:   Plaintiffs' counsel
      *via email*